Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 1:18-cv-00069-LJO-SKO |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| BNP LODGING, LLC, a California limited liability company dba Best Western Plus Fresno Airport Hotel, | |
| Defendant. | |

Pursuant to Rule 41(a), Plaintiff dismisses the above case with prejudice.

RESPECTFULLY SUBMITTED this 4th day of May, 2018.

**THE STROJNIK FIRM L.L.C.**

_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff