UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>BNP LODGING, LLC, dba BEST WETERN PLUS FRESNO AIRPORT HOTEL,<br><br>    Defendant. | No. 1:18-cv-00069-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 5) |

On May 2, 2018, Plaintiff filed a Notice of Voluntary Dismissal, in which Plaintiff notifies the Court of the dismissal of this action with prejudice. (Doc. 5.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 7, 2018**           /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE